IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. PD-0125-14






VERA ELIZABETH GUTHRIE-NAIL, Appellant



v.



THE STATE OF TEXAS





ON PETITION FOR DISCRETIONARY REVIEW


FROM THE FIFTH COURT OF APPEALS


COLLIN COUNTY






 Per Curiam.


O R D E R 




 The Court grants review on its own motion of the following question:

 The Court of Appeals erred in holding that the trial court did not deny
Appellant due process of law and the right to confrontation when, after signing
the original judgment, the trial court almost three months later entered an
erroneous judgment nunc pro tunc adding a deadly weapon finding without
notice to Appellant 

 

 The Clerk of this Court will send copies of this order to the Court of Appeals for the
Fifth District, the District Attorney for Collin County, and Appellant. 


En Banc

Entered April 30, 2014

Do Not Publish